UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Prop. Cas. of Am., et al.<br>Plaintiff(s)<br>v.<br>Meritage Homes of Ca.<br>Defendant(s) | CASE No C 3:18-cv-00966<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☒ **Mediation** (ADR L.R. 6)
- ☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☒ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☐ other requested deadline:

Date: July 2, 2018  /s/ Jennifer S. Marvin
 Attorney for Plaintiff

Date: July 2, 2018  /s/ James Bothwell
 Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date: July 10, 2018

*IT IS SO ORDERED*
*Judge James Donato*

*Important! E-file this form in ECF using the appropriate event among "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting [ENE]" [or] "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 5-1-2018*